ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
EGLET ADAMS
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
E-Mail: eservice@egletlaw.com
Tel.:   (702) 450-5400
Fax:   (702) 450-5451
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A. R., a minor, by and through his Guardian Ad Litem, Michael Ries,<br><br>Plaintiff,<br><br>vs.<br><br>CARDIFF SPORT TECHNOLOGIES, LLC, dba CARDIFF SKATE COMPANY, a Delaware limited liability company; BROOKSTONE STORES, INC., a foreign corporation dba BROOKSTONE; DOES 1 through 300, inclusive; ROE CORPORATIONS 1 through 300, inclusive,<br><br>Defendants. | Case No.: 3:18-CV-00240-LRH-CBC<br><br>**COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

COMES NOW, ROBERT M. ADAMS, ESQ of the law firm EGLET ADAMS, and pursuant to Local Rule 11-6 of the U.S. District Court Rules, District of Nevada, hereby moves to withdraw as attorney of record for Plaintiff, A.R., a minor.

...

...

1

The Motion is made based upon the Points and Authorities and the Affidavit of counsel attached hereto as **Exhibit "1."**

DATED this 19th day of July, 2019.

**EGLET ADAMS**

By: _____
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
E-Mail: eservice@egletlaw.com
Tel.:   (702) 450-5400
Fax:   (702) 450-5451
*Attorney for Plaintiff*

I.

## MEMORANDUM OF POINTS AND AUTHORITIES

**A. Plaintiff's Counsel's Motion to Withdraw:**

An attorney may file an application to withdraw from representation of a client "by leave of the court after notice has been served on the affected client and opposing counsel," Local Rule 11-6. Further, "except for good cause shown, no withdrawal or substitution shall be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing." Local Rule 11-6.

Plaintiff is represented by DENNIS M. PRINCE, ESQ. and ROBERT M. ADAMS, ESQ. Until recently, both Mr. PRINCE and Mr. ADAMS worked for the law firm EGLET PRINCE[1]. Mr. PRINCE departed the firm. Plaintiff's case was overseen by Mr. PRINCE while he worked at EGLET PRINCE, and Mr. PRINCE will remain as lead counsel for Plaintiff.

---

[1] Now doing business as EGLET ADAMS.

2

Mr. PRINCE departed the firm. Plaintiff's case was overseen by Mr. PRINCE while he worked at EGLET PRINCE, and Mr. PRINCE will remain as lead counsel for Plaintiff.

## II.

## CONCLUSION

Based on the foregoing, ROBERT M. ADAMS, ESQ. of the law firm EGLET ADAMS respectfully requests this Honorable Court to grant this Motion to Withdraw as Counsel of Record.

DATED this 19th day of July, 2019.

**EGLET ADAMS**

By: _____
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
E-Mail: eservice@egletlaw.com
Tel.:  (702) 450-5400
Fax:  (702) 450-5451
*Attorney for Plaintiff*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 8/14/2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____19____ day of July, 2019, service of the foregoing **COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** was made this date be depositing a true copy of the same for mailing, first class mail at the addressed as follows:

Stephen G. Castronova, Esq.
CASTRONOVA LAW OFFICES, P.C.
605 Forest Street
Reno, NV 89509
E-Mail: sgc@castronovalaw.com
*Attorneys for Defendant Cardiff Sport Technologies, LLC*

Joel D. Odou, Esq.
Christina M. Mamer, Esq.
WOOD, SMITH, HENNING & BERMAN, LLP
7674 W. Lake Mead Boulevard, Suite 150
Las Vegas, NV 89128
E-Mail: jodou@wshblaw.com
E-Mail: cmamer@wshblaw.com
*Attorneys for Defendant Brookstone Stores, Inc.*

Michael Ries
10291 Copper Cloud Dr.
Reno, Nevada
89511

_____
An employee of Eglet Adams

# EXHIBIT 1

**EXHIBIT 1**

# AFFIDAVIT OF ROBERT M. ADAMS, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

UNITED STATES DISTRICT COURT  )
                              ) ss.
DISTRICT OF NEVADA            )

ROBERT M. ADAMS, being first duly sworn, deposes and says:

1. I am an attorney licensed to practice law in the State of Nevada and in the U.S. District Court for the District of Nevada, and am an attorney at the law firm of Eglet Adams;
2. That Plaintiff is represented by DENNIS M. PRINCE, ESQ. and ROBERT M. ADAMS, ESQ. both of whom worked for the law firm EGLET PRINCE[2];
3. That Mr. PRINCE departed EGLET PRINCE;
4. That Plaintiff's case was overseen by Mr. PRINCE while he worked at EGLET PRINCE;
5. That Mr. PRINCE will remain as Plaintiff's counsel of record;
6. That a copy of this Motion to Withdraw was sent to Plaintiff via certified mail;
7. That Plaintiff's last known good address is as follows:

Michael Ries
10291 Copper Cloud Dr.
Reno, Nevada
89511

8. That there has been in the past, regular communication with Plaintiff at the aforementioned address;
9. That a copy of this Motion to Withdraw was sent to Defendants' Counsel; AND

...
...
...

---

[2] Now doing business as EGLET ADAMS.

1

10. That this motion is made in good faith and not for purpose of delay.

AFFIANT FURTHER SAYETH NAUGHT.



_____
ROBERT M. ADAMS, ESQ.

SIGNED and SWORN to before me
This 19th day of July, 2019 by

_____
NOTARY PUBLIC

PATRICIA REGALADO
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 10-23-2020
Certificate No: 08-8421-1

EGLET ADAMS

2