1   Joel D. Odou
    Nevada Bar No. 7468
2   jodou@wshblaw.com
    Susana Santana
3   Nevada Bar No. 13753
    ssantana@wshblaw.com
4   Wood, Smith, Henning & Berman LLP
    2881 Business Park Court, Suite 200
5   Las Vegas, NV 89128-9020
    Telephone: 702 251 4100
6   Facsimile: 702 251 5405

7   Attorneys for Defendant, BROOKSTONE
    STORES, INC.

8

9

10

11

12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

ALEXANDER "SASHA" RIES, a Minor, by     Case No. 3:18-cv-00240-LRH-CBC
and through his Guardian Ad Litem,
MICHAEL RIES,                           **WOOD, SMITH, HENNING & BERMAN
                                        LLP'S MOTION FOR REMOVAL OF
              Plaintiff,                 ONLY ATTORNEY CHRISTINA M.
                                        MAMER FROM SERVICE LIST**
        v.
                                        Trial Date:        None Set
CARDIFF SPORT TECHNOLOGIES, LLC
dba CARDIFF SKATE COMPANY, a
Delaware Limited-Liability Company;
BROOKSTONE STORES, INC., a Foreign
Corporation dba BROOKSTONE; DOES 1
through 300, inclusive; ROE
CORPORATIONS 1 through 300, inclusive,

              Defendants.

23      COME NOW, Defendant, BROOKSTONE STORES, INC. (hereinafter "Defendant"), by

24   and through their attorneys of record, WOOD, SMITH, HENNING & BERMAN LLP ("Wood

25   Smith") hereby submit their Motion for Removal of only Attorney CHRISTINA M. MAMER,

26   from electronic service list as an Attorney for Defendant.

27      Christina M. Mamer was previously employed by Wood Smith.  As Ms. Mamer is no

28   longer employed by Wood Smith, and is no longer involved in this case, we respectfully request

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1    that she be removed from the electronic service list.

2        This instant Motion is filed for the sole purpose of requesting removal of only Attorney

3    Christina M. Mamer from the electronic service list. The specific e-mail address is as follows:

4            (1)    cmamer@wshblaw.com

5    DATED: September 13, 2019        WOOD, SMITH, HENNING & BERMAN LLP

6

7                        By:    _/s/ Joel D. Odou_____

8                            JOEL D. ODOU
                             SUSANA SANTANA
9                            Attorneys for Defendant, BROOKSTONE STORES,
                             INC.
10

11

12

13

14                        IT IS SO ORDERED

15                        _____
                         U.S. MAGISTRATE JUDGE
16
                         DATED: 9/18/2019
17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2019, a true and correct copy of **WOOD, SMITH, HENNING & BERMAN LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY CHRISTINA M. MAMER FROM SERVICE LIST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By   */s/ Alex J. Moya*
Alex J. Moya, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405