1  Joel D. Odou
   Nevada Bar No. 7468
2  jodou@wshblaw.com
   Susana Santana
3  Nevada Bar No. 13753
   ssantana@wshblaw.com
4  Analise N.M. Tilton
   Nevada Bar No. 13185
5  atilton@wshblaw.com
   Wood, Smith, Henning & Berman LLP
6  2881 Business Park Court, Suite 200
   Las Vegas, NV 89128-9020
7  Telephone: 702 251 4100
   Facsimile: 702 251 5405
8
   Attorneys for Defendant, BROOKSTONE
9  STORES, INC.

```
____ FILED            ____ RECEIVED
____ ENTERED          ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         FEB 2 0 2020

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER "SASHA" RIES, a Minor, by and through his Guardian Ad Litem, MICHAEL RIES,<br><br>    Plaintiff,<br><br>v.<br><br>CARDIFF SPORT TECHNOLOGIES, LLC dba CARDIFF SKATE COMPANY, a Delaware Limited-Liability Company; BROOKSTONE STORES, INC., a Foreign Corporation dba BROOKSTONE; DOES 1 through 300, inclusive; ROE CORPORATIONS 1 through 300, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-00240-LRH-CLB<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURES AND DISCOVERY CUTOFF**<br>***(FIRST REQUEST)***<br><br>Trial Date:         None Set |

COMES NOW, Plaintiff, ALEXANDER "SASHA" RIES, a minor, by and through his

Guardian Ad Litem, Michael Ries, and attorneys of record, PRINCE LAW GROUP, and Defendants,

CARDIFF SPORT TECHNOLOGIES, LLC dba CARDIFF SKATE COMPANY, by and through its

attorney of record, CASTRONOVA LAW OFFICES, P.C., and BROOKSTONE STORES, INC., by

and through its attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP, and submit this *STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURES AND DISCOVERY CUTOFF (First Request)*.

WHEREAS, the parties are still actively conducting discovery. Plaintiff is scheduled to have an MRI on February 6, 2020, and Defendants are having an independent medical examination conducted in late- March or early April, 2020, subject to Plaintiff's availability.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, to seek relief by moving several dates associated with expert reports and the discovery cutoff, listed below, so as to accommodate this ongoing discovery and promote judicial economy. The parties submit the following new dates associated with expert reports and discovery cutoff:

| Discovery | Current Deadline | New Deadline |
|---|---|---|
| L/D to file Motions to Amend/Add Parties: | February 5, 2020 | February 5, 2020 |
| L/D for Interim Status Report: | March 6, 2020 | May 11, 2020 |
| L/D for Expert Witness Disclosure: | March 6, 2020 | May 1, 2020 |
| L/D for Rebuttal Expert Disclosure: | April 6, 2020 | June 1, 2020 |
| Discovery Cutoff: | May 5, 2020 | July 10, 2020 |

**IT IS SO STIPULATED.**

DATED: February 12, 2020            WOOD, SMITH, HENNING & BERMAN LLP

By:     */s/ Joel D. Odou*
JOEL D. ODOU
ANALISE N. M. TILTON
SUSANA SANTANA
Attorneys for Defendant, Brookstone Stores, Inc.

DATED: February 12, 2020         CASTRONOVA LAW OFFICES, PC

By:   /s/ Stephen Castronova
      STEPHEN CASTRONOVA
      Attorneys for Defendant,
      Cardiff Sport Technologies, LLC dba Cardiff
      Skate Company

DATED: February 12, 2020         PRINCE LAW GROUP

By:   /s/ Kevin T. Strong
      KEVIN T. STRONG
      Attorneys for Plaintiff,
      Alexander "Sasha" Ries, by and through his
      Guardian Ad Litem Michael Ries

## ORDER

HAVING CONSIDERED THE FOREGOING STIPULATION OF COUNSEL, AND GOOD CAUSE APPEARING, THE DISCOVERY DEADLINES ARE AMENDED AS SET FORTH ABOVE.

DATED: February 20, 2020.

_____
United States Magistrate Judge