1 | DENNIS M. PRINCE
Nevada Bar No. 5092
2 | KEVIN T. STRONG
Nevada Bar No. 12107
3 | **PRINCE LAW GROUP**
10801 W. Charleston Boulevard
4 | Suite 560
Las Vegas, Nevada 89135
5 | Tel: (702) 534-7600
Fax: (702) 534-7601
6 | -AND-
MICHAEL W. QUADE (*Pro Hac Vice*)
7 | **QUADE & ASSOCIATES, a PLC**
3377 Carmel Mountain Road
8 | Suite 150
San Diego, California 92121
9 | Attorneys for Plaintiff
*Alexander "Sasha" Ries, a minor,*
10 | *by and through his Guardian Ad Litem*
*Michael Ries*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER "SASHA" RIES, a minor, by and through his Guardian Ad Litem, Michael Ries,<br><br>Plaintiff,<br><br>vs.<br><br>CARDIFF SPORT TECHNOLOGIES, LLC, dba CARDIFF SKATE COMPANY, a Delaware limited liability company; BROOKSTONE STORES, INC., a foreign corporation dba BROOKSTONE; DOES 1 through 300, inclusive; ROE CORPORATIONS 1 through 300, inclusive,<br><br>Defendants. | CASE NO. 3:18-CV-00240-LRH-CLB<br><br>**STIPULATION AND [PROPOSED ORDER TO VACATE COURT-ORDERED SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ALEXANDER "SASHA" RIES, a minor, through his Guardian Ad Litem, Michael Ries, through his counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW



GROUP and Michael W. Quade of QUADE & ASSOCIATES, a PLC; Defendant CARDIFF SPORT TECHNOLOGIES, LLC dba CARDIFF SKATE COMPANY, through its counsel of record, Stephen G. Castronova of CASTRONOVA LAW OFFICES, PC; and Defendant BROOKSTONE STORES, INC. dba BROOKSTONE, through its counsel of record, Joel D. Odou, Susana Santana, and Analise N.M. Tilton, of WOOD, SMITH, HENNING & BERMAN LLP, that the Court-Ordered Settlement Conference, currently scheduled for July 22, 2020, be vacated. All parties will participate in a private mediation before David Lee of JAMS on July 21, 2020. Therefore, the Court-Ordered Settlement Conference is no longer necessary, and the parties respectfully request this Court to approve the foregoing stipulation.

DATED this 7th day of July, 2020.                  DATED this 7th day of July, 2020

**PRINCE LAW GROUP**                               **CASTRONOVA LAW OFFICES, PC**


/s/ Kevin T. Strong                                /s/ Stephen G. Castronova
DENNIS M. PRINCE                                   STEPHEN G. CASTRONOVA
Nevada Bar No. 5092                                Nevada Bar No. 7305
KEVIN T. STRONG                                    605 Forest Street
Nevada Bar No. 12107                               Reno, Nevada 89509
10801 W. Charleston Boulevard                      Attorneys for Defendant
Suite 560                                          *Cardiff Sport Technologies, LLC*
Las Vegas, Nevada 89135                            *dba Cardiff Skate Company*
-AND-
MICHAEL W. QUADE (*Pro Hac Vice*)
**QUADE & ASSOCIATES, a PLC**                      DATED this 7th day of July, 2020
3377 Carmel Mountain Road
Suite 150                                          **WOOD, SMITH, HENNING &**
San Diego, California 92121                        **BERMAN LLP**
Attorneys for Plaintiff
*Alexander "Sasha" Ries, a minor,*
*by and through his*
*Guardian Ad Litem Michael Ries*                   /s/ Joel D. Odou
                                                   JOEL D. ODOU
                                                   Nevada Bar No. 7468
                                                   ANALISE N.M. TILTON
Dated:  July 8, 2020.                              Nevada Bar No. 13185
                                                   SUSANA SANTANA
IT IS SO ORDERED.                                  Nevada Bar No. 13753
                                                   2881 Business Park Court, Suite 200
                                                   Las Vegas, Nevada 89128
                                                   Attorneys for Defendant
                                                   *Brookstone Stores, Inc. dba Brookstone*

_____
UNITED STATES MAGISTRATE JUDGE



2

## **ORDER**

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2020.

                                                       xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
                                                           UNITED STATES MAGISTRATE JUDGE

