**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, NORTHERN DIVISION**

| | |
|---|---|
| ALEXANDER "SASHA" RIES, a Minor, by and through his Guardian Ad Litem, MICHAEL RIES,<br><br>        Plaintiff,<br><br>        v.<br><br>CARDIFF SPORT TECHNOLOGIES, LLC dba CARDIFF SKATE COMPANY, a Delaware Limited-Liability Company; BROOKSTONE STORES, INC., a Foreign Corporation dba BROOKSTONE; DOES 1 through 300, inclusive; ROE CORPORATIONS 1 through 300, inclusive,<br><br>        Defendants. | Case No. 3:18-cv-00240-LRH-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Trial Date:      None Set |

COMES NOW, Plaintiff, ALEXANDER "SASHA" RIES, a Minor, by and through his Guardian Ad Litem, MICHAEL RIES, (hereinafter "Plaintiff"), by and through their counsel of record, DENNIS M. PRINCE, ESQ. and KEVIN T. STRONG, ESQ., of the law firm of PRINCE LAW GROUP, Defendant, CARDIFF SPORT TECHNOLOGIES, LLC dba CARDIFF SKATE COMPANY, by and through their counsel of record, STEPHEN G. CASTRONOVA, ESQ. of the

law firm of CASTRONOVA LAW OFFICES, P.C. and Defendant BROOKSTONE STORES, INC. by and through its counsel of record, JOEL D. ODOU of the law firm of Wood, Smith, Henning & Berman LLP (CARDIFF and BROOKSTONE collectively referred to as "DEFENDANTS") and hereby STIPULATE and AGREE to the DISMISSAL of Plaintiffs' Complaint, WITH PREJUDICE, against DEFENDANTS. Each party to bear their own fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

DATED: August 17, 2020.

**PRINCE LAW GROUP**
    */s/ Kevin T. Strong*
By:_____
    DENNIS M. PRINCE, ESQ.
    Nevada Bar No. 5092
    KEVIN T. STRONG
    Nevada Bar No. 12107
    10801 W. Charleston Blvd, Ste. 560
    Las Vegas, NV 89135
    Tel: 702 534 7600
    *Attorneys for Plaintiff*

DATED: August 17, 2020.

**CASTRONOVA LAW OFFICES, P.C.**
    */s/ Stephen G. Castronova*
By:_____
    STEPHEN G. CASTRONOVA, ESQ.
    Nevada Bar No. 7305
    605 Forest Street
    Reno, NV 89509
    Tel: 775 323 2646
    *Attorneys for Cardiff Sports Technologies, LLC dba Cardiff Skate Company*

DATED: August 17, 2020.

**WOOD, SMITH, HENNING & BERMAN LLP**
    */s/ Susana Santana*
By:_____
    JOEL D. ODOU
    Nevada Bar No. 7468
    SUSANA SANTANA
    Nevada Bar No. 13753
    2881 Business Park Court, Suite 200
    Las Vegas, Nevada 89128-9020
    Tel. 702 251 4100
    *Attorneys for Defendant Brookstone Stores, Inc.*

**IT IS SO ORDERED.**

DATED this 18th day of August, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE